Garrard R. Beeney
Dustin F. Guzior
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Laura Kabler Oswell (State Bar No. 241281)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Counsel for Via Licensing Corporation*

**GRANTED**

Judge Yvonne Gonzalez Rogers

1/4/18

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIA LICENSING CORPORATION, | Case No. 4:17-cv-04919-YGR |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| LG ELECTRONICS, INC. | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Via Licensing Corporation hereby voluntarily dismisses with prejudice all claims made in this action against Defendant LG Electronics, Inc. Each party shall bear their own attorney's fees and costs.

Dated: January 2, 2018.

                    */s/ Laura Kabler Oswell*
Laura Kabler Oswell
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Garrard R. Beeney
Dustin F. Guzior
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for Via Licensing Corporation*

# CERTIFICATE OF SERVICE

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is Sullivan & Cromwell LLP, 1870 Embarcadero Road, Palo Alto, California 94303.

On January 2, 2018, I caused to be served a copy of the following document:

## NOTICE OF VOLUNTARY DISMISSAL

on the interested parties in this action as follows:

> Chang Kim
> General Counsel (IP)
> LG Electronics, Inc.
> chang.kim@lge.com

☑ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document to be sent to the person at the e-mail address listed above. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on January 2, 2018, at Palo Alto, California.

*/s/ Daniel Loevinsohn*
Daniel Loevinsohn